DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DONALD RAY THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2070

_____

February 13, 2026

Appeal from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Blair Allen, Public Defender, and Jean-Jacques A. Darius, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Nicole Rochelle Smith, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.